LYSSA S. ANDERSON
Nevada Bar No. 5781
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for*
*Las Vegas Metropolitan Police Department*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEPHI S. OLIVA,<br><br>              Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>              Defendants. | CASE NO.:    2:25-cv-00283-JAD-MDC<br><br>**STIPULATION TO STAY DISCOVERY**<br><br>*First Request* |

Defendant Las Vegas Metropolitan Police Department ("LVMPD") through its counsel, Kaempfer Crowell, Defendant Nevada Sheriff's & Chief's Association ("NVSCA") through its counsel Garin Law Group, and Plaintiff Nephi Oliva, in Proper Person, stipulate and agree to stay discovery until the Court resolves LVMPD's Motion to Dismiss, [ECF No. 28], and Plaintiff's Motion for Partial Summary Judgment [ECF No. 29] for the following reasons:

/ / /

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

20260414 SAO to Stay Discovery - v.1 draft-tcs-revised.docx  6943.350

Page 1 of 3

1.      Following the Court's screening of Plaintiff's initial Complaint, Plaintiff's Amended Complaint was filed on April 4, 2025.  [ECF No. 3].

2.      LVMPD accepted service of the Amended Complaint on February 23, 2026, [ECF No. 15], and then filed a Motion to Dismiss, [ECF No. 28].

3.      The Motion to Dismiss seeks dismissal of Plaintiff's First Cause of Action based upon improper legal theories and that there are insufficient allegations to support at § 1983 claim against LVMPD.  [ECF No. 28].  If the Motion to Dismiss is granted, it would be dispositive of all claims against LVMPD in this matter.

4.      Plaintiff filed an Opposition to the Motion to Dismiss on April 8, 2026, [ECF No. 30], maintaining that the authority to regulate instructors was statutorily allocated to the Nevada Department of Public Safety and not to defendants. LVMPD will timely file its reply.

5.      On April 7, 2026, Plaintiff filed a Motion for Partial Summary Judgment, [ECF No. 29], maintaining that LVMPD and NVSCA acted outside statutory authority that was exclusively allocated to the Nevada Department of Public Safety. LVMPD will timely file its response.

6.      The Court's ruling on the Motion for Partial Summary Judgment may materially impact the scope of discovery in this matter.

7.      On March 19, 2026, Defendant NVSCA filed its Answer.  [ECF No. 23].

8.      A stay of discovery will not prejudice or delay any proceedings against any defendants and will give the Court time to rule on the pending Motions.

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

9.    The Parties will meet and confer and prepare and submit a proposed Discovery Plan if required and as directed by the Court after the Court's ruling on the pending Motions.

Dated this _15th_ day of April, 2026.

KAEMPFER CROWELL

*/s/ Nephi S. Oliva*
NEPHI S. OLIVA
5715 West Alexander Rd. Suite 125
Las Vegas, Nevada 89130

**Plaintiff, in Proper Person**

*/s/ Lyssa S. Anderson*
LYSSA S. ANDERSON
Nevada Bar No. 5781
TRAVIS C. STUDDARD
Nevada Bar No. 16454
1980 Festival Plaza Drive, #650
Las Vegas, Nevada 89135

**Attorneys for Las Vegas Metropolitan Police Department**

GARIN LAW GROUP


*/s/ Caitlin M. Salas*
JOSEPH P. GARIN
Nevada Bar No. 6653
CAITLIN M. SALAS
Nevada Bar No. 13014
9900 Covington Cross Drive, Suite 210
Las Vegas, NV 89144
**Attorneys for Nevada Sheriff's & Chief's Association**


**IT IS FURTHER ORDERED** that the parties shall file an amended discovery plan and scheduling order within 21 days after entry of order adjudicating the last of the two pending dispositive motions (ECF Nos. 29 and 30) or the order adjudicating both motions.

Dated 4-21-26.

_____
UNITED STATES MAGISTRATE JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

20260414 SAO to Stay Discovery - v.1 draft-tcs-revised.docx  6943.350

Page 3 of 3